UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TEKEEMA TOCCARA MARTIN,

            Plaintiff,

    v.

STATE OF NEW JERSEY, et al.,

            Defendants.

Civil Action No. 19-12979 (MAS) (LHG)

**MEMORANDUM ORDER**

**SHIPP, District Judge**

    This Court having entered an order directing Petitioner to show cause why she should not be enjoined from making any further filings in this matter (ECF No. 177), Plaintiff having failed to respond to that Order within the time set by the Court, and for the reasons expressed in this Court's Order to show cause,

    **IT IS**, on this 8th day of February, 2022, **ORDERED** that:

1. The Clerk of the Court shall re-open this matter for the purposes of this Order only.
2. Plaintiff is enjoined from filing any further documents in this matter.
3. The Clerk of the Court shall accept no further filings from Plaintiff in this matter and shall docket no further motions should she attempt to file them.
4. The Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular mail, and shall **CLOSE** the file.

                                                  */s/ Michael A. Shipp*
                                                  MICHAEL A. SHIPP
                                                  UNITED STATES DISTRICT JUDGE